## Case No. 14,697.
### UNITED STATES v. BUTLER.
[1 Cranch, C. C. 373.] [1]
Circuit Court, District of Columbia. Dec. Term, 1806.

#### ASSAULT AND BATTERY—SLAVE.

Assault and battery of a slave is an indictable offence.

Indictment [against Isaac Butler] for beating a woman of color (a slave) to her damage, and against the peace and dignity of the government of the United States.

Mr. Hamilton, for the traverser, contended that beating a slave was not an indictable offence.

CURIA, contra. The property which a man has in a slave is not of the same nature as his property in a horse. It is only a right to his perpetual service.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]